UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | 3:18-CR- 00262-JO |
| v. | INDICTMENT |
| TILER EVAN PRIBBERNOW, | 18 U.S.C. § 922(g)(1) |
| Defendant. | Forfeiture Allegation |

THE GRAND JURY CHARGES:

COUNT 1
(Felon in Possession of a Firearm)
(18 U.S.C. § 922(g)(1))

On or about March 19, 2016, within the District of Oregon, defendant **TILER EVAN PRIBBERNOW**, having been convicted of crimes punishable by imprisonment for a term exceeding one year, specifically:

(1) Felony Attempt to Elude Police (Vehicle), on or about February 9, 2016, in the State of Oregon, Multnomah County Circuit Court, Case Number 15CR47180;

(2) Felon in Possession of a Firearm, on or about September 17, 2012, in the State of Oregon, Multnomah County Circuit Court, Case Number 12-07-33132;

(3) Felony Attempt to Elude Police (Vehicle), on or about March 15, 2011, in the State of Oregon, Multnomah County Circuit Court, Case Number 10-09-33555;

(4) Coercion, on or about March 15, 2011, in the State of Oregon, Multnomah County Circuit Court, Case Number 10-06-32242; and

(5) Felony Attempt to Elude Police (Vehicle), on or about March 15, 2011, in the State of Oregon, Multnomah County Circuit Court, Case Number 10-04-31471;

did knowingly and unlawfully possess an Interarms Rossi .357 caliber revolver, model M971, bearing serial number F160909, which had previously been transported in interstate commerce;

In violation of Title 18, United States Code, Section 922(g)(1).

## (CRIMINAL FORFEITURE ALLEGATION) (FIREARM)

Upon conviction of the offense alleged in Count 1 of this indictment, defendant **TILER EVAN PRIBBERNOW** shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c), the following:

1. Interarms Rossi .357 caliber revolver, model M971, and

2. all associated ammunition.

DATED: June 5, 2018.                                     A TRUE BILL.

                                                                                 ███████████████████
                                                                                 OFFICIATING FOREPERSON

Presented by:

BILLY J. WILLIAMS
United States Attorney

/s/ Leah K. Bolstad
LEAH K. BOLSTAD, OSB #052039
Assistant United States Attorney