Amy Baggio, OSB #011920
amy@baggiolaw.com
Baggio Law
621 SW Morrison, Suite 1025
Portland, OR 97205
Tel:   (503) 222-9830
Fax:   (503) 274-8575

Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA,  <br><br>              Plaintiff,  <br><br>    v.  <br><br>TILER PRIBBERNOW,  <br><br>              Defendant. | No. 03:18-cr-000262-JO  <br><br>DECLARATION OF COUNSEL IN SUPPORT OF DEFENDANT'S UNOPPOSED SECOND MOTION TO CONTINUE TRIAL |

I, Amy Baggio, declare under penalty of perjury, that the following statements are true to the best of my knowledge, information and belief:

1. I represent the defendant, Tiler Pribbernow, as court-appointed counsel pursuant to the Criminal Justice Act (CJA). This declaration is in support of Mr. Pribbernow's request to continue the current trial date of November 6, 2018, for 90 days, or until February 5, 2019.

Page 1   DECLARATION OF COUNSEL IN SUPPORT OF DEFENDANT'S
        UNOPPOSED SECOND MOTION TO CONTINUE TRIAL

2.  On June 5, 2018, a federal grand jury charged Mr. Pribbernow with one count of possession of a firearm by a felon. (CR-1).

3.  On June 6, 2018, the Court entered an Order appointing me to represent Mr. Pribbernow and set an initial trial date of August 7, 2018. (CR-8.)

4.  On July 13, 2018, the government filed an indictment against Mr. Pribbernow in a related case, 18-cr-000319-JO, in which Mr. Pribbernow and two co-defendants are charged with three offenses: Murder in Aid of Racketeering; Kidnapping in Aid of Racketeering, Resulting in Death; Kidnapping Resulting in Death; and Conspiracy to Commit Kidnapping, Resulting in Death. The trial in this second case is currently set for December 12, 2018.

5.  The two cases in which Mr. Pribbernow has been charged (18-cr-00262-JO and 18-cr-00319-JO) are related. Accordingly, due to the overlap in the two cases, the seriousness of the charges, the expected high volume of discovery, and complexity of the underlying events, I believe that a second continuance of the current trial date for 90 days is reasonable in order to provide a sufficient time period in which I can continue review of discovery, research potential motions, consult with Mr. Pribbernow, and work with other members of my defense team in order to properly defend the defendant.

6.  Mr. Pribbernow is in the custody of the U.S. Marshal's Service. (CR-9.)

7.  I have conferred with AUSA Leah Bolstad. The government has no objection to this request to continue the current trial date.

Page 2     DECLARATION OF COUNSEL IN SUPPORT OF DEFENDANT'S UNOPPOSED SECOND MOTION TO CONTINUE TRIAL

8.	I have consulted with my client, Tiler Pribbernow. Mr. Pribbernow agrees with this request for continuance, understands the rights provided by the Speedy Trial Act, and waives those rights in light of the reasons for the requested continuance.

10.	This declaration is made in good faith and in support of the Defendant's Unopposed First Motion To Continue Trial Date.

11.	I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

DATED this 23rd day of October, 2018.

       /s/ Amy Baggio      
Amy Baggio, OSB #011920
503-222-9830
Attorney for Defendant Pribbernow

**Page 3**	DECLARATION OF COUNSEL IN SUPPORT OF DEFENDANT'S UNOPPOSED SECOND MOTION TO CONTINUE TRIAL