Amy Baggio, OSB #011920
amy@baggiolaw.com
Baggio Law
621 SW Morrison, Suite 1025
Portland, OR 97205
Tel:   (503) 222-9830
Fax:   (503) 274-8575

Attorney for Defendant

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | No. 03:18-cr-000262-JO |
| **Plaintiff,** | |
| v. | **DECLARATION OF COUNSEL IN SUPPORT OF DEFENDANT'S UNOPPOSED THIRD MOTION TO CONTINUE TRIAL** |
| **TILER PRIBBERNOW,** | |
| **Defendant.** | |

I, Amy Baggio, declare under penalty of perjury, that the following statements are true to the best of my knowledge, information and belief:

1.      I represent the defendant, Tiler Pribbernow, as court-appointed counsel pursuant to the Criminal Justice Act (CJA). This declaration is in support of Mr. Pribbernow's request to continue the current trial date of February 5, 2019, for 45 days, or until on or about March 19, 2019.

2. On June 5, 2018, a federal grand jury charged Mr. Pribbernow with one count of possession of a firearm by a felon. (CR-1).

3. On June 6, 2018, the Court entered an Order appointing me to represent Mr. Pribbernow and set an initial trial date of August 7, 2018. (CR-8.)

4. On July 13, 2018, the government filed an indictment against Mr. Pribbernow in a related case, 18-cr-000319-JO, in which Mr. Pribbernow and two co-defendants are charged with three offenses: Murder in Aid of Racketeering; Kidnapping in Aid of Racketeering, Resulting in Death; Kidnapping Resulting in Death; and Conspiracy to Commit Kidnapping, Resulting in Death. Mr. Pribbernow pled guilty in case 18-cr-000319-JO in November 2018 (CR-73); the case is scheduled for sentencing on February 13, 2019, but the parties are expected to ask the Court to postpone that sentencing hearing.

5. A third continuance of the current trial date for 45 days is reasonable in order to provide a sufficient time period in which I can consult with Mr. Pribbernow with regard to the interaction of these two related cases, confer regarding disposition of the above-referenced case, and work with other members of my defense team in order to properly represent the defendant on the related matters.

6. Mr. Pribbernow is in the custody. (CR-9.)

7. I have conferred with AUSA Leah Bolstad. The government has no objection to this request to continue the current trial date.

Page 2    DECLARATION OF COUNSEL IN SUPPORT OF DEFENDANT'S UNOPPOSED THIRD MOTION TO CONTINUE TRIAL

8.  I have consulted with my client, Tiler Pribbernow. Mr. Pribbernow agrees with this request for continuance, understands the rights provided by the Speedy Trial Act, and waives those rights in light of the reasons for the requested continuance.

9.  This declaration is made in good faith and in support of the Defendant's Unopposed Third Motion To Continue Trial Date.

10. I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

DATED this 22nd day of January, 2019.

/s/ Amy Baggio
Amy Baggio, OSB #011920
503-222-9830
Attorney for Defendant Pribbernow

Page 3   DECLARATION OF COUNSEL IN SUPPORT OF DEFENDANT'S UNOPPOSED THIRD MOTION TO CONTINUE TRIAL