UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA | 3:18-cr-00262-JO |
| v. | ORDER DISMISSING INDICTMENT |
| TILER EVAN PRIBBERNOW, | |
| Defendant. | |

Based on the government's Motion filed pursuant to Fed. R. Crim. P. 48(a), it is hereby ordered that the Indictment filed June 5, 2018, in the above-captioned case is dismissed.

IT IS SO ORDERED this ___4th___ day of February 2019.

_____
THE HONORABLE ROBERT E. JONES
UNITED STATES DISTRICT JUDGE

Presented by,

BILLY J. WILLIAMS, OSB #901366
United States Attorney
District of Oregon

*s/ Leah K. Bolstad*
LEAH K. BOLSTAD, OSB #052039
Assistant United States Attorney

Order Dismissing Indictment                                                                 Page 1